UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                        Case No.  02-40974-H2-7

**GUTIERREZ, ISMAEL**                  **Chapter 7**

                       Debtor(s).          **APPLICATION TO PAY
FUNDS INTO THE REGISTRY UNDER
11 U.S.C. §347 (a)**

The undersigned trustee reports:

___     The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X      More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   10/13/10                                /s/ Ronald J. Sommers
                                                               Ronald J. Sommers
                                                               2800 POST OAK BLVD 61st Floor
                                                               Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 13TH day of  October , 2010.

                                                             /s / Ronald J. Sommers
                                                              Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

_____        Small Dividends

_XX_        Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Department of the Treasury IRS<br>1919 Smith Street<br>Stop 5024 HOU<br>Houston, Tx  77002 | 12 | 6,314.59 |
| Povidian National bank<br>P.O. Box 24224<br>Louisville, KY  40224 | 5 | 335.63 |
| Worldwide Asset Purchasing, LLC, A'ee<br>P.O. Box 672047<br>Marietta, GA  30006 | 7 | 886.44 |
| Department of the Treasury IRS<br>1919 Smith St.<br>Stop 5024 HOU<br>Houston, Tx  77002 | 12 | 38.30 |
| Chase BankCard Services<br>P.O. Box 52176<br>Phoenix, AZ  85072 | 13 | 1.25 |
| Foley's<br>P.O. Box 1971<br>Houston, Tx  77251 | 16 | 473.25 |
| BankOne Card Service<br>P.O. Box 100018<br>Kennesaw, GA  30156 | 33 | 218.98 |
| **TOTAL:** |  | **8,268.44** |